UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

**DEBORAH LAUFER,**

    Plaintiff,

v.

**Case No: 1:20-cv-46-LAG**

**CHANDAN, INC.,**

    Defendant,

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE**

Plaintiff, by and through her undersigned counsel, hereby advises the Court that this case has been resolved. Pursuant to the terms of the Parties' agreement, the Plaintiff voluntarily dismisses this case with prejudice.

**I HEREBY CERTIFY** that, on July 20, 2020 I furnished a copy of the foregoing to: CHANDAN, INC., d/b/a CAMILLA INN & SUITES, C/O VINESH PATEL, Registered Agent, 600 US HIGHWAY 19S, CAMILLA, GA 31730.

*/s/Philip Michael Cullen, III*
Fla. Bar No: 167853
(Admitted Pro Hac Vice)
**PHILIP MICHAEL CULLEN, III**
**Attorney-at-Law – Chartered**
Attorney for Plaintiff:
621 South Federal Highway, Suite Four
Fort Lauderdale, FL 33301
ph. (954) 462-0600
fax (954) 462-1717

CULLENIII@aol.com

Thomas B. Bacon,  
Thomas B. Bacon, P.A.  
644 N. McDonald Street  
Mt. Dora, FL 32757  
954-468-7811  
tbb@thomasbaconlaw.com  
GA Bar No: 226750

cc: Sarah Gulati, Esq (via e-mail)